AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF ALABAMA

JAN BYRNE

**SUMMONS IN A CIVIL CASE**

V.
ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD, and EMORY FOLMER, in his individual and official capacities.

CASE NUMBER: 2:06-CV-1084-WKW

TO: (Name and address of defendant)
Alabama Alcoholic Beverage Control Board
2715 Gunter Park Drive West
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis, Esq.
847 South McDonough Street
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

DATE  12-8-06

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

JAN BYRNE

V.

ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD, and EMORY FOLMAR, in his individual and official capacities.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06-CV-1084-WKW

TO: (Name and address of defendant)
Emory Folmar
2715 Gunter Park Drive West
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis, Esq.
847 South McDonough Street
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

DATE  12-8-06