**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Emory Folmar
   2715 Gunter Park Drive West
   Montgomery, Alabama 36109

2. 7006 0100 0003 2054 7201

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): L. Caldwell
B. Date of Delivery: 12-1-06
C. Signature: X L. Caldwell
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:06cv1084
   See
   20

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alabama Alcoholic Beverage Control Board
   715 Gunter Park Drive West
   Montgomery, Alabama 36109

2. Article Number: 7005 0390 0000 5269 7757

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): L. Caldwell
B. Date of Delivery: 12-11-06
C. Signature: X Linda Caldwell   ☑ Agent   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:06CV1084
   5+c
   (20)

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952