IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAN BYRNE ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1084-WKW |
| ) | |
| ALABAMA ALCOHOLIC BEVERAGE ) | |
| CONTROL BOARD, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the Motion By Defendant Emory Folmar to Dismiss For Failure to State A Claim Upon Which Relief Can Be Granted Or, In the Alternative, For A More Definite Statement (Doc. #4) filed on January 3, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on February 2, 2007.

It is further ORDERED that the Plaintiff file a response which shall include a brief and any evidentiary materials on or before January 26, 2007. The Defendant may file a reply brief on or before February 2, 2007.

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. The paper courtesy copy shall be bound in a three-ring binder and tabbed for those submissions**

**(including briefs and evidentiary materials) that exceed 25 pages**

    DONE this the 8th day of January, 2007.

                                            /s/  W.  Keith Watkins
                                     UNITED STATES DISTRICT JUDGE