IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAN BYRNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-01084-WKW |
| ) | |
| ALABAMA ALCOHOLIC BEVERAGE ) | |
| CONTROL BOARD and EMORY FOLMAR, ) | |
| in his individual and official capacities, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the plaintiff's Motion to Amend Complaint (Doc. # 8), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically **on or before January 19, 2007**, an exact duplicate of the first amended complaint that is attached to the plaintiff's motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

DONE this 16th day of January, 2007.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE