**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JAN BYRNE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Case No. 2:06-CV-1084-WKW |
| | * |
| **ALABAMA ALCOHOLIC** | * |
| **BEVERAGE CONTROL BOARD,** | * |
| **and EMORY FOLMAR,** in his | * |
| individual and official capacity, | * |
| | * |
| Defendants. | * |

**NOTICE OF APPEARANCE**

**COME NOW** the undersigned attorneys, Robert A. Huffaker and R. Austin Huffaker, Jr., and give notice of appearance as additional counsel for the Defendants, Alabama Alcoholic Beverage Control Board and Emory Folmar.

> s/ Robert A. Huffaker
> Robert A. Huffaker (ASB-7668-U79R)
> R. Austin Huffaker, Jr. (ASB-3422-F55R)
> Rushton, Stakely, Johnston
>     & Garrett, P.A.
> Post Office Box 270
> Montgomery, Alabama  36101-0270
> Tel:  (334) 206-3215
> Fax: (334) 481-0814
> E-Mail: rah@rsjg.com
>
> Attorneys for Defendants Alabama Alcoholic
> Beverage Control Board and Emory Folmar

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record and I hereby certify that I have mailed, by United States Postal Service, the foregoing document to the following:

    Joseph W. Adams
    Post Office Box 1487
    Ozark, Alabama 36361

    Jay Lewis
    Post Office Box 5059
    Montgomery, Alabama 36103

                                          s/Robert A. Huffaker
                                          Of Counsel