IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAN BYRNE,

    Plaintiff,

v.                                                                CASE NO. 2:06-CV-1084-WKW

ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Alabama Alcoholic Beverage Control Board, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

6/25/2007
Date

(Signature)
Robert A. Huffaker
(Counsel's Name)
Alabama Alcoholic Beverage Control Board and Emory Folmar
Counsel for (print names of all parties)
184 Commerce Street (36104)
Post Office Box 270
Address, City, State Zip Code
Montgomery, Alabama 36101-0270
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, Robert A. Huffaker, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th day of June 20 07, to:

Jay Lewis, Post Office Box 5059, Montgomery, Alabama  36103

6/25/2007
Date

Signature