IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAN BYRNE
_____,  )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )   CASE NO. 2:06-CV-1084-WKW
                                      )
ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD )
_____,  )
                                      )
        Defendants,                   )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  Emory Folmar , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party
_____              _____
_____              _____
_____              _____

6/25/2007                            /s/ R+G. Huffaker
_____                           _____
  Date                                    (Signature)

                                     Robert A. Huffaker
                                     (Counsel's Name)

                                     Alabama Alcoholic Beverage Control Board and Emory Folmar
                                     Counsel for (print names of all parties)
                                     184 Commerce Street (36104)
                                     Post Office Box 270
                                     Address, City, State Zip Code
                                     Montgomery, Alabama  36101-0270
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN                    DIVISION

## CERTIFICATE OF SERVICE

I, Robert A. Huffaker, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th day of June 20 07, to:

Jay Lewis, Post Office Box 5059, Montgomery, Alabama  36103

6/25/2007
Date

Signature