TEST FOR NOTICING PURPOSES ONLY. PLEASE DISREGARD THIS ENTRY