IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAN BYRNE, | * | |
|     Plaintiff, | * | |
| | * | |
|     v. | * | Civil Case No. 2:06-CV-1084-WKW |
| | * | |
| ALABAMA ALCOHOLIC BEVERAGE | * | |
| CONTROL BOARD, and | * | |
| EMORY FOLMAR, in his individual | * | |
| and official capacities, | * | |
|     Defendants. | * | |

## NOTICE OF APPEARANCE

COMES NOW Fred Clements to enter his appearance as one of the attorneys for Plaintiff herein and respectfully requests of the Court and all parties that he be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the 31st day of March, 2008.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
fredclements@JayLewisLaw.com
ASB-5682-R39C

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 31st day of March, 2008.

R. Austin Huffaker, Jr.
Robert A. Huffaker
Joseph W. Adams
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270

                                              /s/ FRED CLEMENTS
                                              Fred Clements
                                              Law Offices of Jay Lewis, LLC
                                              P.O. Box 5059
                                              Montgomery, AL 36103
                                              (334) 263-7733 (Voice)
                                              (334) 832-4390 (Fax)
                                              fredclements@JayLewisLaw.com
                                              ASB-5682-R39C