IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAN BYRNE | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:06-cv-1084-WKW |
| | ) |
| ALABAMA ALCOHOLIC BEVERAGE | ) |
| CONTROL BOARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' motion to dismiss (Doc. # 25) filed on April 17, 2008, it is ORDERED that the motion be submitted without oral argument on May 22, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials **on or before May 8, 2008**. The defendants may file a reply brief **on or before May 22, 2008**.

Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.

The parties are further advised that **they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned**. The paper

courtesy copy shall be bound in a **three-ring binder and tabbed** for those submissions (including briefs and evidentiary materials) that exceed 25 pages

DONE this the 18th day of April, 2008.

                                          /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE