**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

May 2, 2008

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Byrne v. Alabama Alcoholic Beverage Control Board et al

**Case Number:**   2:06-cv-01084-WKW

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 28   filed on   May 02, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAN BYRNE, | * | |
|     Plaintiff, | * | |
| | * | |
|     v. | * | Civil Case No. 2:06-CV-1084-WKW |
| | * | |
| ALABAMA ALCOHOLIC BEVERAGE | * | |
| CONTROL BOARD, and | * | |
| EMORY FOLMAR, in his individual | * | |
| and official capacities, | * | |
|     Defendants. | * | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

**COMES NOW** Plaintiff by and through his attorneys of record and would show the Court the following:

1. On April 17, 2008, Defendants filed a Motion to Dismiss with this Court.

2. On April 18, 2008, this Court set May 8, 2007 as the deadline for responding to Defendants' Motion to Dismiss.

3. On April 29, 2008, Plaintiff's counsel's wife gave birth, and Plaintiff's counsel has been unable to spend time this week working on Plaintiff's Response. Thus, Plaintiff's counsel needs additional time to respond to the motion filed by Defendants.

4. Defendants do not oppose this motion.

WHEREFORE, THE PREMISES CONSIDERED, Plaintiff prays that this Court will grant this motion and will grant Plaintiff until May 15, 2008, to respond to Defendants' Motion to Dismiss.

RESPECTFULLY SUBMITTED this the 2nd day of May, 2008.

        **/s/ Fred Clements**
        FRED CLEMENTS
        ASB-5682-R39C
        Attorney for Plaintiff
        Law Offices of Jay Lewis, LLC
        P.O. Box 5059
        Montgomery, Alabama, 36103
        334-263-7733 (Voice)
        334-263-7733 (Fax)
        FredClements@JayLewisLaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 2nd day of May, 2008.

Robert A. Huffaker
Rushton, Stakely, Johnston & Garret, P.A.
P.O. Box 270
Montgomery, AL 36101-0270

Joseph W. Adams
P.O. Box 1487
Ozark, AL 36361

        **/s/ Fred Clements**
        FRED CLEMENTS
        ASB-5682-R39C
        Attorney for Plaintiff
        Law Offices of Jay Lewis, LLC
        P.O. Box 5059
        Montgomery, Alabama, 36103
        334-263-7733 (Voice)
        334-263-7733 (Fax)
        FredClements@JayLewisLaw.com