IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAN BYRNE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:06-cv-1084-WKW |
| | ) |
| ALABAMA ALCOHOLIC BEVERAGE | ) |
| CONTROL BOARD, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's unopposed Motion for Enlargement of Time (Doc. # 28), it is ORDERED that the motion is GRANTED. The deadline for the plaintiff to file her response to the motion to dismiss is extended from May 8, 2008 to **May 15, 2008**. The deadline for the defendants to file a reply brief is extended from May 22, 2008 to **May 29, 2008**.

DONE this 5th day of May, 2008.

                                                        /s/ W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE