IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAN BYRNE,                                    )
                                              )
            Plaintiff,                        )
                                              ) CIV. ACT. NO. 2:06-CV-1084-WKW
      v.                                      )
                                              )
ALABAMA ALCOHOLIC BEVERAGE                    )
CONTROL BOARD, *et al.*,                      )
                                              )
            Defendants.                       )

## ORDER

Upon consideration of the Motion to Withdraw (Doc. # 33), in which Fred Clements,

Esq., moves to withdraw as co-counsel for Plaintiff, and for good cause shown, it is

ORDERED that the motion is GRANTED.

Done this 3rd day of September, 2008.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE