IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAN BYRNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:06-CV-1084-WKW[WO] |
| v. ) | |
| ) | |
| ALABAMA ALCOHOLIC BEVERAGE ) | |
| CONTROL BOARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED that judgment is hereby ENTERED in favor of Defendants Alabama Alcoholic Beverage Control Board and Emory Folmar, and against Plaintiff Jan Byrne, and that Plaintiff take nothing by her said suit.

It is further ORDERED that all costs herein incurred are TAXED against Plaintiff, for which let execution issue.

DONE this 29th day of June, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE